No. 81–5239.  ZAPATA *v.* ZAPATA.  Ct. App. D. C.  Certiorari denied.

No. 81–5242.  QUATTLEBAUM *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied. ▮

No. 81–5244.  SIMPSON *v.* ENGLE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTION.  C. A. 6th Cir. Certiorari denied.

No. 81–5245.  FOSTER *v.* ESTELLE.  C. A. 5th Cir.  Certiorari denied.

No. 81–5246.  LIPSCOMB *v.* AMERICAN EXPRESS CO. C. A. 6th Cir.  Certiorari denied. ▮

No. 81–5247.  PETERSON *v.* FOGG, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir.  Certiorari denied.

No. 81–5248.  SEYMORE *v.* READER'S DIGEST ASSN., INC. C. A. 2d Cir.  Certiorari denied. ▮

No. 81–5249.  HARRIS *v.* CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied. ▮

No. 81–5252.  YECHESKEL *v.* HOWARD UNIVERSITY. C. A. D. C. Cir.  Certiorari denied. ▮

No. 81–5255.  SMITH *v.* DEVITT ET AL.  C. A. 5th Cir. Certiorari denied.

No. 81–5258.  SWINICK *v.* HORN ET AL.  C. A. 3d Cir. Certiorari denied. ▮

No. 81–5260.  STEIN *v.* CITY OF UNIVERSITY PARK, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.